UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID ROLAND,

          Plaintiff,

-vs-                                                Case No. 6:12-cv-1269-Orl-18DAB

CATHERINE ROLAND,

          Defendant.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. No. 3) and Motion to Appoint Counsel (Doc. No. 2). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff's motions are **DENIED** and Plaintiff is required to pay the filing fee within fourteen (14) days from the date of this order. Failure to do so will result in dismissal without further notice.

It is **SO ORDERED** in Orlando, Florida, this ____ day of September, 2012.

                                                    G. KENDALL SHARP
                                                  Senior United States District Judge

Copies to:

Unrepresented party